WAGNER CHOI & VERBRUGGE
Attorneys at Law

CHUCK C. CHOI
ALLISON A. ITO
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com
        aito@hibklaw.com

Attorneys for Debtor
and Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>1910 PARTNERS, a Hawaii limited partnership,<br><br>      Debtor and<br>      Debtor-in-possession. | Case No. 15-00009<br>(Chapter 11) |

## DEBTOR-IN-POSSESSION'S FIFTH MONTHLY OPERATING REPORT FOR MAY 2015

1910 PARTNERS, the debtor and debtor-in-possession (the "Debtor")

hereby files its Monthly Operating Report ("MOR"), for the month of May 2015,

pursuant to the Operating Report Requirements of the United States Trustee for

Chapter 11 cases.

The undersigned counsel certifies that counsel has reviewed the attached MOR but this certification is not a representation by counsel that the entries contained in the report are accurate or that the report has been prepared in compliance with applicable accounting standards and principles.

DATED: Honolulu, Hawaii, July 13, 2015

/s/Chuck C. Choi
CHUCK C. CHOI
ALLISON A. ITO
Attorneys for Debtor and
Debtor-in-Possession

In re

1910 PARTNERS

Debtor.

Chapter 11
Case No. 15-00009
Operating Report No.         5
For the Month Ending    MAY 2015

## I. CASH RECEIPTS AND DISBURSEMENTS
## B. GENERAL ACCOUNT

| | | |
|---|---|---:|
| 1 TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $ | 149,715.16 |
| 2 LESS     TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $ | 96,192.90 |
| 3 BEGINNING BALANCE | $ | 53,522.26 |

4 RECEIPTS DURING CURRENT PERIOD

| | | | |
|---|---|---:|---:|
| ACCOUNTS RECEIVABLE: PRE-FILING | | | |
| ACCOUNTS RECEIVABLE: POST-FILING | $ | 117,392.58 | |
| OTHER (SPECIFY)   Other | $ | - | |
| TOTAL RECEIPTS THIS PERIOD | | $ | 117,392.58 |

| | | |
|---|---|---:|
| 5 BALANCE | $ | 170,914.84 |
| 6 LESS:    TOTAL DISBURSEMENTS DURING CURRENT PERIOD | $ | 68,166.19 |

| | | | |
|---|---|---:|---:|
| TRANSFERS TO OTHER DIP ACCOUNTS | $ | - | |
| DISBURSEMENTS | $ | 68,166.19 | |
| DISBURSEMENTS | | | |
| TOTAL DISBURSEMENTS THIS PERIOD ***: | $ | 68,166.19 | |

| | | |
|---|---|---:|
| 7 ENDING BALANCE | $ | 102,748.65 |

8 GENERAL ACCOUNT NUMBER:      xx-xx7936
   DEPOSITORY NAME AND LOCATION:   First Hawaiian Bank, Main Branch

\*     *All receipts must be deposited into the general account.*

\*\*    *Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom terms and date of Court order or Report of Sale*

\*\*\*   *This amount should be the same as the total from page 2.*

# First Hawaiian Bank

BUSINESS CHECKING

```
1910 PARTNERS-CASE NO 15-00009          001
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT-CAROLINE WIKOFF
1860 ALA MOANA BLVD STE 406
HONOLULU HI 968150000
```

Number of Items Enclosed:     18        Account#     7936

Direct Inquiries or Report Errors to:
First Hawaiian Bank
MAIN BANKING CENTER
999 BISHOP ST
HONOLULU HI 96813
Phone: (808) 525-6340

It is important to examine your statement and report any discrepancies promptly. You must report any error involving electronic fund transfers for personal accounts within 60 days. For any other item, you will lose any claim against us for unauthorized signatures or alterations (and any claims for subsequent unauthorized signatures or alterations by the same wrongdoer) that you do not report within 30 days after the first statement showing that item is made available.

GET FAST, RELIABLE CREDIT CARD PROCESSING BACKED BY LOCAL SERVICE, SAME DAY DEPOSITS AND ON-SITE INSTALLATION AND TRAINING.  VISIT ANY BRANCH FOR MORE INFORMATION.

SUMMARY - BUSINESS CHECKING          Account #     7936

```
Balance at Beginning of this Statement Period on 05/01/2015  $        53,522.26
Plus:  Deposits and Other Credits Totaling                   +      117,392.58
Less:  Checks and Other Debits/Withdrawals Totaling          -       68,166.19

Balance at End of this Statement Period on 05/31/2015        $      102,748.65
```

For this Statement Period:

```
    Average Balance               $     111,804.00
    Minimum Balance               $      53,522.26
```

Monthly Item Activity (Accountholders entitled to 100  items free)
        18 Checks Written +     3 Deposit Tickets +     7 Deposit Items =     28
Items Charged This Month:         0

CHECKS PAID

| Date | Check # | Amount | Date | Check # | Amount | | |
|------|---------|--------|------|---------|--------|---|---|
| 05/05/15 | 1023 | 2,500.00 | 05/08/15 | 1040 | 17,299.97 | 021925170D | 515612820D |
| 05/11/15 | 1029 * | 125.56 | 05/13/15 | 1041 | 11,958.00 | 024541930D | 025922050D |
| 05/28/15 | 1038 * | 17.93 | 05/11/15 | 1042 | 16,649.21 | 025005540D | 024436230D |
| 05/13/15 | 1039 | 8,830.28 | 05/13/15 | 1043 | 2,510.00 | 025922040D | 518556530D |

# First Hawaiian Bank

BUSINESS CHECKING

1910 PARTNERS-CASE NO 15-00009
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT-CAROLINE WIKOFF
1860 ALA MOANA BLVD STE 406
HONOLULU HI 968150000

Acct. #      7936

| Date | Check # | Amount | Date | Check # | Amount | | |
|------|---------|--------|------|---------|--------|---|---|
| 05/06/15 | 1044 | 1,782.23 | 05/18/15 | 1049 | 251.31 | 514087280D | 511665290D |
| 05/12/15 | 1045 | 950.00 | 05/13/15 | 1050 | 53.11 | 025554300D | 010080540D |
| 05/18/15 | 1046 | 1,570.68 | 05/26/15 | 1052 * | 1,392.93 | 021134950D | 516913120D |
| 05/20/15 | 1047 | 1,887.28 | 05/20/15 | 1053 | 174.49 | 022365130D | 022365120D |
| 05/12/15 | 1048 | 209.42 | 05/28/15 | 1055 * | 3.79 | 025098870D | 025005530D |

* Indicates break in check sequence

ACCOUNT ACTIVITY - CREDITS

| Posting Date | Transaction Description | Credit | |
|--------------|------------------------|--------|---|
| 05/04/15 | Deposit | 90,696.38 | 512129460D |
| 05/06/15 | Deposit | 22,696.20 | 514087230D |
| 05/11/15 | Deposit | 4,000.00 | 517038140D |

DAILY ACCOUNT BALANCE

| Posting Date | Account Balance | Posting Date | Account Balance |
|--------------|-----------------|--------------|-----------------|
| 04/30/15 | 53,522.26 | 05/12/15 | 131,398.45 |
| 05/04/15 | 144,218.64 | 05/13/15 | 108,047.06 |
| 05/05/15 | 141,718.64 | 05/18/15 | 106,225.07 |
| 05/06/15 | 162,632.61 | 05/20/15 | 104,163.30 |
| 05/08/15 | 145,332.64 | 05/26/15 | 102,770.37 |
| 05/11/15 | 132,557.87 | 05/28/15 | 102,748.65 |



**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

**1023**
59-101/1213

05/01/15
Date

Pay to the
Order of   JoAnn N. Pollock                      $ 2,500.00

Two Thousand Five Hundred and 00/100——————— Dollars

**First Hawaiian Bank.**
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For  May

⑆121301015⑆1023⑆ REDACT 7936⑈

Date:05/05/2015  Account:▇7936  Amount:$2,500.00  Serial:1023  Sequence:21925170  CaptureSequence:0

**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

**1029**
59-101/1213

April 13, 2015
Date

Pay to the
Order of   Richard Lee                          $ 125.56

One Hundred Twenty Five and 56/100------------------Dollars

**First Hawaiian Bank.**
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑈⑈121301015⑈1029 REDACT 7936⑈

Date:05/11/2015  Account: ▮7936  Amount:$125.56  Serial:1029  Sequence:24541930  CaptureSequence:0

>REDACT1578<
Central Pacific Bank #057
2015-05-07
REDACT 1775
Batch 1338672
⑈0057091775



**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

**1038**
59-101/1213

April 24, 2015

Pay to the
Order of   Caroline Wikoff                                    $ 17.93

Seventeen and 93/100————————————————————Dollars

**First Hawaiian Bank.**
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑆1213010 15⑆1038  REDACT  7936⑈

Date:05/28/2015 Account:REDACT7936 Amount:$17.93 Serial:1038 Sequence:25005540 CaptureSequence:0

REDACT                                    1028<

>REDACT 1028<
**Bank of Hawaii**
00353      353008477670          05/27/2015



**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

1039
59-101/1213

MAY 07 2015

May 1, 2015

Date

Pay to the
Order of ___ Canterbury Place AOAO _____ $ 8,830.28

Eight Thousand Eight Hundred Thirty and 28/100—————— Dollars

**First Hawaiian Bank.**
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

Security
Features
Details on
back

For _____

⑆121301015⑆1039 REDACT 7936⑈

Date:05/13/2015  Account:[REDAC]7936  Amount:$8,830.28  Serial:1039  Sequence:25922040  CaptureSequence:0

For Deposit In
BANK OF HAWAII
To the credit of
AOAO CANTERBURY PLACE
AOAO CANTERBURY PLACE
3403



1910 PARTNERS-CASE NO 15-00009
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

1040
59-101/1213

MAY D 4 2015   May 4, 2015
Date

Pay to the
Order of    Pacific Guardian Life                    $ 17,299.97

Seventeen Thousand Two Hundred Ninety Nine and 97/100 Dollars

First Hawaiian Bank.
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑈121301015⑈1040 REDACT 7936⑈

Date:05/08/2015  Account: REDACT 7936  Amount:$17,299.97  Serial:1040  Sequence:515612820
CaptureSequence:95001018032230

> REDACT                        2230

PAY TO THE ORDER OF
FIRST HAWAIIAN BANK
HONOLULU, HAWAII 96814
▷ 121301015 ◁
FOR DEPOSIT ONLY
PACIFIC GUARDIAN LIFE INSURANCE CO.
5994

1910 PARTNERS-CASE NO 15-00009
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

1041
59-101/1213

MAY 07 2015

May 4, 2015
Date

Pay to the
Order of  Canterbury Place AOAO                              $ 11,958.00

Eleven Thousand Nine Hundred Fifty Eight and 00/100 Dollars

First Hawaiian Bank.
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑈1213101531041 REDACT 7936⑈

Date:05/13/2015  Account: ██ 7936  Amount:$11,958.00  Serial:1041  Sequence:25922050  CaptureSequence:0

For Deposit In
BANK OF HAWAII
To the credit of
AOAO CANTERBURY PLACE
3403



**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

1042
59-101/1213

May 6, 2015 ___ Date

Pay to the
Order of ___ CAA Mart _____ $ 16,649.21

Sixteen Thousand Six Hundred Forty Nine and 21/100 Dollars

**First Hawaiian Bank.**
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For ___ Deposit Bathroom Renovation

⑈1213010151⑈1042 REDACT 7936⑈

Date:05/11/2015  Account: REDACT 7936  Amount:$16,649.21  Serial:1042  Sequence:24436230  CaptureSequence:0

BOFD >>321370765<<
American Savings Bank
2015-05-08
REDACT ....
AMERICAN SAV BK, HI
20150508

015062911
14

0161972427

>321370765<

For deposit only
AMERICAN SAVINGS BANK (GD-10)
to the credit of the payee

**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

**1043**
59-101/1213

May 6, 2015
Date

Pay to the
Order of _Sammy Chee_ _____ $ 2,510.00

Two Thousand Five Hundred Ten and 00/100———————— Dollars

**First Hawaiian Bank.**
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑆121301015⑆1043 REDACT 7936⑈

Date:05/13/2015  Account: ▇7936  Amount:$2,510.00  Serial:1043  Sequence:518556530
CaptureSequence:56003002502090

REDACT 2090

Account Number

For deposit with
FIRST HAWAIIAN BANK



**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

**1044**
59-101/1213

May 6, 2015
Date

Pay to the
Order of  1910 Partners Tax Account                    $ 1,782.23

One Thousand Seven Hundred Eighty Two and 23/100  Dollars

First Hawaiian Bank.
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For  Tran Funds For Tax

⑈1213010I5⑈:1044 REDACT 7936⑈

Date:05/06/2015 Account: ████7936 Amount:$1,782.23 Serial:1044 Sequence:514087280
CaptureSequence:57004002211470

REDACT          1470

**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

1045
59-101/1213

May 7, 2015 _____ Date

Pay to the Order of _____ Akamai Glass, Inc. _____ $ 950.00

Nine Hundred Fifty and 00/100---------------------- Dollars

**First Hawaiian Bank.**
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑈1213010⑈51⑈1045 REDACT 7936⑈

Date:05/12/2015 Account: REDACT 7936 Amount:$950.00 Serial:1045 Sequence:25554300 CaptureSequence:0

0011330009

>REDACT 1578<
Central Pacific Bank #011
2015-05-11
REDACT 5009
Batch 1370478

1213

Deposited to the account of
the within named payee
CENTRAL PACIFIC BANK
Honolulu, Hawaii

**1910 PARTNERS-CASE NO. 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

**1046**
59-101/1213

May 11, 2015
Date

Pay to the
Order of ___BCS Management, LLC.___                    $ 1,570.68

One Thousand Five Hundred Seventy and 68/100———————— Dollars

**First Hawaiian Bank.**
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑆121301015⑆1046 REDACT 7936⑈

Date:05/18/2015 Account: REDACT 7936 Amount:$1,570.68 Serial:1046 Sequence:21134950 CaptureSequence:0

REDACT 1407

Deposit to the account of
BCS management, LLC



**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

**1047**
59-101/1213

May 11, 2015
Date

Pay to the
Order of ___Naeco Investments, Inc._____ $ 1,887.28

One Thousand Eight Hundred Eighty Seven and 28/100 ___ Dollars

**First Hawaiian Bank.**
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑈121301015⑈1047 REDACT 7936⑈

Date:05/20/2015 Account:[REDACT]7936 Amount:$1,887.28 Serial:1047 Sequence:22365130 CaptureSequence:0



1910 PARTNERS-CASE NO 15-00009
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

1048
59-101/1213

May 11, 2015
Date

Pay to the
Order of ___Wailana at Waikiki LLC_____ $ 209.42

Two hundred nine and 42/100----------------------- Dollars

First Hawaiian Bank.
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑆121301015⑆1048 REDACT 7936⑈

Date:05/12/2015  Account: ▓7936  Amount:$209.42  Serial:1048  Sequence:25098870 CaptureSequence:0

REDACT 1028<

>REDACT 1028<
Bank of Hawaii
00353      353008306800           05/11/2015

**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

**1049**
59-101/1213

May 11, 2015

Date

Pay to the
Order of __Reliable Landscaping, Inc.__         $  251.31

Two Hundred Fifty One and 31/100————————————————— Dollars

**First Hawaiian Bank.**
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑈121301015⑈1049 REDACT 7936⑈

Date:05/18/2015 Account: REDACT 7936 Amount:$251.31 Serial:1049 Sequence:511665290
CaptureSequence:42003301770250

>121301015< FHB 05182015 042003301770250

PAY TO THE ORDER OF
FIRST HAWAIIAN BANK
FOR DEPOSIT ONLY
RELIABLE SERVICE & GARDEN
2225

**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1660 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

**1050**
59-101/1213

May 11, 2015
Date

Pay to the
Order of _ Hawaiian Telcom _____ | $ 53.11

Fifty Three and 11/100————————————————————————— Dollars

**First Hawaiian Bank.**
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑈121301015⑈1050 REDACT 7936⑈ ⑈000000005311⑈

Date:05/13/2015 Account: ███7936 Amount:$53.11 Serial:1050 Sequence:10080540 CaptureSequence:0

051315 0576003Ø 0010 1  20000000592840  FOR DEP FHB 41375
CR PAYEE ABS OF
ENDORSE GUARANTEED



1910 PARTNERS-CASE NO 15-00009
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

1052
59-101/1213

May 14, 2015
Date

Pay to the
Order of Diamond Parking          $ 1,392.93

One Thousand Three Hundred Ninety Two and 93/100---- Dollars

First Hawaiian Bank.
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For

⑈121301015⑈1052 REDACT7936⑈

Date:05/26/2015 Account: ▮▮7936 Amount:$1,392.93 Serial:1052 Sequence:516913120
CaptureSequence:94004004444380

>121301015< FHB 05262015 094004004444380

PAY TO THE ORDER OF
FIRST HAWAIIAN BANK
1015
FOR DEPOSIT ONLY
UNITED PARKING SERVICES LLC
9150



**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

1053
59-101/1213

May 14, 2015
Date

Pay to the
Order of Naeco Investments, Inc. _____ $ 174.49

One Hundred Seventy Four and 49/100------------------ Dollars

First Hawaiian Bank.
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑆121301015⑆1053 REDACT 7936⑈

Date:05/20/2015  Account:▮7936  Amount:$174.49  Serial:1053  Sequence:22365120  CaptureSequence:0

REDACT  Deposit 8430



**1910 PARTNERS-CASE NO 15-00009**
CHAPT 11-DEBTOR-IN-POSSESSION-OPERATING
C/O NAECO INVESTMENT
1860 ALA MOANA BLVD STE 406
HONOLULU, HI 96815

1055
59-101/1213

May 26, 2015
Date

Pay to the Order of ___Caroline Wikoff_____ $ 3.79

Three and 79/100———————————————————— Dollars

**First Hawaiian Bank.**
MAIN BANKING CENTER
999 BISHOP STREET
HONOLULU, HAWAII 96813

For _____

⑆121301015⑆1055 REDACT 7936⑈

Date:05/28/2015 Account: REDACT 7936 Amount:$3.79 Serial:1055 Sequence:25005530 CaptureSequence:0

REDACT 1028<

>REDACT 1028<
Bank of Hawaii
00353      353008477660      05/27/2015

In re

1910 PARTNERS

Debtor.

Chapter 11
Case No. 15-00009
Operating Report No.     5
For the Month Ending    MAY 2015

## I. CASH RECEIPTS AND DISBURSEMENTS
## C. DIP - TAX ACCOUNT

| | | |
|---|---|---:|
| 1 TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $ | 4,952.52 |
| 2 LESS    TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $ | 4,436.99 |
| 3 BEGINNING BALANCE | $ | 515.53 |

4 RECEIPTS DURING CURRENT PERIOD

| | | |
|---|---|---:|
| ACCOUNTS RECEIVABLE: PRE-FILING | | |
| ACCOUNTS RECEIVABLE: POST-FILING | $ | 1,782.23 |
| OTHER (SPECIFY) _____ | | |
| OTHER (SPECIFY) _____ | | |
|      TOTAL RECEIPTS THIS PERIOD | $ | 1,782.23 |

| | | |
|---|---|---:|
| 5 BALANCE | $ | 2,297.76 |
| 6 LESS:    TOTAL DISBURSEMENTS DURING CURRENT PERIOD | $ | 9.50 |

| | | |
|---|---|---:|
| TRANSFERS TO OTHER DIP ACCOUNTS | $ | - |
| DISBURSEMENTS    (Image & service fee) | $ | 9.50 |
| TOTAL DISBURSEMENTS THIS PERIOD ***: | $ | 9.50 |

| | | |
|---|---|---:|
| 7 ENDING BALANCE | $ | 2,288.26 |

8 GENERAL ACCOUNT NUMBER:     xx-xx7944
    DEPOSITORY NAME AND LOCATION:    First Hawaiian Bank, Main Branch

\*     *All receipts must be deposited into the general account.*

\*\*    *Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit*
      *specifying what was sold, to whom terms and date of Court order or Report of Sale*

\*\*\*   *This amount should be the same as the total from page 2.*

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PYMT | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE | TOTAL DUE |
|---|---|---|---|---|
| Submetering Systems | | $ 178.01 | | |
| Canterbury Place | | $ 8,830.28 | | |
| Pacific Guardian Life | | $ 17,299.97 | | |
| JoAnn Pollack | | $ 2,500.00 | | |
| Canterbury Place | | $ 11,958.00 | | |
| CA HOME MART | | $ 16,649.21 | | |
| BCS Mgmt | | $ 1,570.68 | | |
| Wailana at Waikiki | | $ 209.42 | | |
| Naeco | | $ 2,061.77 | | |
| Totals: | | $ 61,257.34 | | |

## III. TAX LIABILITIES

FOR THE REPORING PERIOD:

GROSS SALES SUBJECT TO SALES TAX:

TOTAL WAGES PAID

| | | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|---|
| FEDERAL WITHHOLDING | | | | |
| STATE WITHHOLDING | | | | |
| FICA - EMPLOYER'S SHARE | | | | |
| FICA - EMPLOYEE'S SHARE | | | | |
| FEDERAL UNEMPLOYMENT | | | | |
| STATE WITHHOLDING | | | | |
| SALES AND USE | | | | |
| REAL PROPERTY | | | | |
| LIQUOR TAX | | | | |
| HI-5 BEVERAGE | | | | |
| FED TTB | | | | |
| FED MEDICARE | | | | |

## IV. AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

|  | ACCOUNTS PAYABLE (Post-Petition Only) | ACCOUNTS Pre-Petition | RECEIVABLE Post-Petition |
|---|---|---|---|
| 30 days or less |  |  |  |
| 31-60 days |  |  |  |
| 61-90 days |  |  |  |
| 91-120 days |  |  |  |
| Over 120 days |  |  |  |
| Totals: |  |  |  |

## V. INSURANCE COVERAGE

|  | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE |
|---|---|---|---|
| General Liability | Atlas Insurance Agency | $   1,000,000.00 | 2/13/2016 |
| Worker Compensation |  |  |  |
| Casualty |  |  |  |
| Vehicle |  |  |  |
| OTHER |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## XI. QUESTIONNAIRE

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

    __X__ No.
    _____ Yes. Explain _____ _____ _____ _____
    _____

2.  Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

    __X__ No.
    _____ Yes. Amount, to whom, and for what period? _____
    _____

3.  State what progress was made during the reporting period toward filing a plan of reorganization:
    Pursuant to an order entered on May 13, 2015, the Court ordered the Debtor to file a Disclosure
    Statement and Plan of Reorganization by June 17, 2015.
    _____
    _____

4.  Describe potential future developments which may have a significant impact on the case.
    _____
    _____
    _____
    _____
    _____

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting Period.

6.  Did you receive any exempt income this month, which is not set forth in the operating report?
    X_____ No.
    _____ Yes. Please set forth the amounts and the source of the income.
    _____
    _____

    I, Bruce C. Stark, authorized agent _____ declare under penalty of perjury that I
have fully read and understood the foregoing debtor-in-possession operating report and that the information
contained herein is true and complete to the best of my knowledge.


Date: ___9 July 2015_____